UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

NEWARK DIVISION

SYEDYASIR A. NAQVI,

Plaintiff,

v.

NIRALY PATEL, ATULKUMAR PATEL, and NILESH PATEL (of 1635 McLean Court, Toms River, NJ),

Defendants.

Case No.: To be assigned

COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND DECLARATORY JUDGMENT

JURY TRIAL DEMANDED

---

PARTIES

1. Plaintiff Syed Yasir A. Naqvi ("Plaintiff") is a resident of New Jersey and proceeds

pro se.

2. Defendants Niraly Patel, Atulkumar Patel, and Nilesh Patel (collectively, "Defendants") reside at 1635 McLean Court, Toms River, NJ 08753.

---

JURISDICTION AND VENUE

3. Federal Question Jurisdiction arises under:

   - RICO, 18 U.S.C. § 1962(c)-(d);
   - 42 U.S.C. §§ 1983, 1985;
   - Computer Fraud and Abuse Act (CFAA), 18 U.S.C. § 1030.

4. Venue is proper under 28 U.S.C. § 1391(b)(2) because the acts occurred in Perth Amboy, Cherry Hill and Toms River, NJ, within this District.

---

## FACTUAL ALLEGATIONS

### A. Coerced Narcotics Operation (Perth Amboy, NJ)

5. FBI agents coerced Plaintiff into participating in a controlled drug purchase targeting Waqas A. Rana now deceased of Wolff Ave, Edison, NJ and Mohammed Amin (Sayreville NJ) under threat of prosecution. Defendants collaborated with law enforcement to suppress charges against Niraly Patel for cocaine possession during the operation. (Incident Report #: [18031919], Perth Amboy PD).

6. Plaintiff was fined $500 for a fabricated municipal violation, while Niraly Patel faced no charges.

### B. Technological Sabotage

7. Defendants through affiliated actors hacked Plaintiff's email

(persecutedinnj@gmail.com and yasiradil@gmail.com) and Google Drive, disabling access to his 2024 Chevrolet Blazer EV (VIN: 3gnkdbrsj2rs199828) for eight days. OnSTAR logs confirm remote lockout of charging capabilities.

8. State actors complicit in the scheme refused to investigate, violating Plaintiff's due process rights.

C. Gangstalking and Psychological Harm

9. Defendants orchestrated a campaign of surveillance ("gangstalking"), defamation, and harassment to intimidate Plaintiff, including disseminating false data to employers and financial institutions.

D. OPRA Evidence

10. Plaintiff obtained a CD-ROM (OPRA Response ) documenting:
    - Bodycam footage of Niraly Patel's DUI

arrest and suppressed cocaine charges.

   - Police reports confirming disparate treatment. Exhibit B: OPRA CD-ROM.

---

CAUSES OF ACTION

COUNT I: RICO VIOLATIONS (18 U.S.C. § 1962)

11. Predicate Acts:

   - Extortion (18 U.S.C. § 1951): Coercing Plaintiff's cooperation.

   - Computer Fraud (18 U.S.C. § 1030): Hacking personal digital accounts.

   - Obstruction of Justice (18 U.S.C. § 1503): Suppressing Niraly Patel's charges.

COUNT II: CONSPIRACY TO VIOLATE CIVIL RIGHTS (42 U.S.C. § 1985)

12. Defendants conspired with state actors to deprive Plaintiff of liberty,

property, and due process.

## COUNT III: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

13. Defendants' actions were "outrageous" and caused severe psychological harm. (*Buckley v. Trenton Sav. Fund Soc'y*, 111 N.J. 355, 366 (1988)*).

## COUNT IV: MALICIOUS PROSECUTION (42 U.S.C. § 1983)

14. Fabricated municipal charges violated Plaintiff's 14th Amendment rights. (*Manning v. Miller*, 355 F.3d 1028, 1031 (7th Cir. 2004)*).

---

## PRAYER FOR RELIEF

Plaintiff requests:

1. Temporary Restraining Order (TRO) and

Preliminary Injunction halting:
   - Gangstalking and harassment.
   - Technological interference with Plaintiff's accounts.
   (*Winter v. NRDC*, 555 U.S. 7 (2008)*).
2. Compensatory Damages: $[250,000] for emotional distress, reputational harm, and financial losses.
3. Punitive Damages: To deter future misconduct.
4. Declaratory Judgment that Defendants violated Plaintiff's constitutional rights.
5. Expungement of Plaintiff's $500 fine and municipal violation.

---

REQUEST TO PROCEED IN FORMA PAUPERIS

15. Plaintiff declares under penalty of perjury that he cannot afford fees. A completed IFP Application (Form A239) and financial affidavit are attached. (28 U.S.C. § 1915(a)(1)).

---

JURY DEMAND

Plaintiff demands a jury trial on all triable claims.

Respectfully submitted,

Syed Yasir A. Naqvi, Pro Se
1100 Kearney Drive
North Brunswick NJ 08902
848 667 3207
04 07 2025

---

CERTIFICATE OF SERVICE

I certify that a copy of this Complaint was sent via certified mail to:

Niraly Patel, Atulkumar Patel, and Nilesh Patel

McLean Court, Toms River, NJ 08753

Syed Yasir A. Naqvi

LEGAL BASIS FOR IMMEDIATE RELIEF

- Irreparable Harm: Ongoing gangstalking and technological sabotage pose immediate risks to Plaintiff's safety and mental health. (*Helling v. McKinney*, 509 U.S. 25 (1993)*).

- Public Interest: Preventing state-actor collusion in harassment serves the public good. (Rizzo v. Good)