UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

SYED YASIR A. NAQVI,

Plaintiff,

v.

NIRALY PATEL, ATULKUMAR PATEL, and NILESH PATEL (of 1635 McLean Court, Toms River, NJ),

Defendants.

Case No.: To Be Assigned

FINAL AMENDED COMPLAINT FOR DAMAGES, INJUNCTIVE RELIEF, AND FEE WAIVER

JURY TRIAL DEMANDED

---

PARTIES

1. Plaintiff Syed Yasir A. Naqvi ("Plaintiff") is a resident of New Jersey and proceeds pro se.

2. Defendants Niraly Patel, Atulkumar Patel, and Nilesh Patel** (collectively, "Defendants") reside at 1635 McLean Court, Toms River, NJ, and are alleged to have conspired with state actors to harm Plaintiff.

---

JURISDICTION AND VENUE

3. Federal Question Jurisdiction exists under 28 U.S.C. § 1331 for claims under RICO (18 U.S.C. § 1962), 42 U.S.C. § 1983, and § 1985.

4. Venue is proper under 28 U.S.C. §

1391(b)(2) as the alleged acts occurred in New Jersey.

---

FACTUAL ALLEGATIONS

A. Niraly Patel's DUI Incident and Leverage Against Plaintiff

5. Defendant Niraly Patel was involved in single-vehicle DUI accident in Toms River NJ and received a non-standard defective and substantially weird dui ticket" despite evidence of procedural deficiencies.

6. Unnamed state actors later used this unresolved DUI liability to coerce Niraly Patel's cooperation against Plaintiff.

B. Coerced Controlled Narcotics Purchase (Perth Amboy, 2018)

7. Plaintiff and Niraly Patel were arrested in Perth Amboy, NJ. Niraly Patel possessed CDS (cocaine) but faced no

charges.

8. FBI agents Jason, Chris, and Tim coerced Plaintiff—under threat of federal prosecution—to wear a wire and conduct a controlled purchase targeting Waqas A. Ran (Wolff Ave, Edison, NJ), endangering Plaintiff's life.

9. Plaintiff complied under duress but was fined $500 for a fabricated municipal violation.

C. OPRA Evidence of Disparate Prosecution

10. Plaintiff obtained a CD-ROM via OPRA request containing:

   - Bodycam footage of Niraly Patel's DUI and cocaine possession.
   - Police reports showing charges against Niraly Patel were suppressed.

D. Technological Sabotage and Stranding

11. On March 24 2025, Defendants through affiliates hacked Plaintiff's email addresses(persecutedinnj@gmail.com, yasiradil@gmail.com) and Google Drive*, disabling access to his 2024 Chevrolet Blazer EV  (VIN: 3gnkdbrj2rs199828) for eight days.

12. ONSTAR logs confirm Plaintiff's charging capabilities were remotely blocked, stranding him.

13. State actors complicit in this scheme refused to investigate the hack or assist Plaintiff during his stranding.

---

CAUSES OF ACTION

COUNT I: RICO VIOLATIONS (18 U.S.C. § 1962)

14. Predicate Acts:
   - Obstruction of Justice (18 U.S.C. §

1503): Suppressing Niraly Patel's DUI/CDS charges.

   - Computer Fraud (18 U.S.C. § 1030): Hacking Plaintiff's accounts.

   - Extortion (18 U.S.C. § 1951): Coercing Niraly Patel's cooperation.

## COUNT II: MALICIOUS PROSECUTION (42 U.S.C. § 1983)

15. Defendants conspired with state actors to prosecute Plaintiff for a baseless municipal violation while shielding Niraly Patel, violating Plaintiff's 14th Amendment rights.

## COUNT III: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

16. Stranding Plaintiff without transportation/communication and coercing life-threatening risks constitutes extreme and outrageous conduct.

# COUNT IV: CONSPIRACY TO VIOLATE CIVIL RIGHTS (42 U.S.C. § 1985)

17. Defendants conspired with state actors to deprive Plaintiff of his rights through technological sabotage and false prosecution.

---

# PRAYER FOR RELIEF

Plaintiff requests:

1. Compensatory Damages: $[250,000] for emotional distress, reputational harm, and financial losses.

2. Punitive Damages: To deter abuse of power and technology.

3. Injunctive Relief:

    - Restore full access to Plaintiff's Google accounts.

    - Expunge Plaintiff's $500 fine and municipal violation.

4. Declaratory Judgment that Defendants violated Plaintiff's constitutional rights.

5. Fee Waiver: Plaintiff is indigent and requests waiver of filing fees under **28 U.S.C. § 1915(a)(1).

---

REQUEST TO PROCEED *IN FORMA PAUPERIS

18. Plaintiff declares under penalty of perjury that he is unable to pay court fees due to financial hardship. A separate **IFP Application** (Form AO-239) is filed concurrently.

---

JURY DEMAND

Plaintiff demands a jury trial on all triable claims.

Respectfully submitted,

Syed Yasir A. Naqvi, Pro Se
1100 Kearney Drive North Brunswick NJ 08902

04 07 2025

Case 3:25-cv-02500-GC-TJB     Document 3     Filed 04/08/25     Page 10 of 10 PageID: 27